CV 10 80211 MISC VRW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Dennis E. Powell - #68376

_____/

### ORDER TO SHOW CAUSE

It appearing that Dennis E. Powell has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective July 17, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before October 8, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Dennis E. Powell
Attorney At Law
360 Madrona Way
Sequim, WA 98382