**FILED**

NOV 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                              No CV 10 80211 MISC VRW

Dennis E Powell,
                                                          ORDER
        State Bar No 68376

_____/

        On August 26, 2010, the court issued an order to show

cause (OSC) why Dennis E Powell should not be removed from the roll

of attorneys authorized to practice law before this court, based

upon his inactive enrollment by the State Bar of California

pursuant to Section 6007 of the Business and Professions Code,

effective July 17, 2010.

        The OSC was mailed to Mr Powell's address of record with

the State Bar on August 31, 2010.  A written response was due on or

before October 8, 2010.  No response to the OSC has been filed as

of this date.

        The court now orders Dennis E Powell removed from the

roll of attorneys authorized to practice before this court.  The

clerk is directed to close the file.

        IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Dennis E Powell

_____/

Case Number: CV10-80211 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis E Powell
360 Madrona Way
Sequin, WA 98382

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*